IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Action No. JFM-01-4147 |
| SUNBEAM PRODUCTS, INC., ET AL. | * | |
| Defendant(s) | ****** | |

## ORDER

Defendant, Sunbeam Products, Inc., having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 3rd day of January 2002

ORDERED that this action be administratively closed as to defendant Sunbeam Products, Inc., without prejudice to the right of plaintiff(s) to move to reopen this action against defendant Sunbeam Products, Inc., for good cause shown.

_____
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)