UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 9, 2003

Memo To Counsel Re: State Farm Fire & Casualty Co., as subrogee of Kurt J. and
Margaret M. Aebi v. Sunbeam Productions, et al.
Civil No. JFM-01-4147

Dear Counsel:

A hearing on all pending motions will be held at 3:00 p.m. on April 25, 2003 in courtroom 5A.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge