# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 25, 2003

Memo To Counsel Re: State Farm Fire & Casualty Co., as subrogee of Kurt J. and
Margaret M. Aebi v. Sunbeam Productions, et al.
Civil No. JFM-01-4147

Dear Counsel:

The pending motion was scheduled for hearing on April 25, 2003 but apparently there was a miscommunication concerning the hearing date.

The hearing is rescheduled to 11:00 a.m. on Friday, May 23, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge