IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of | * |
| KURT J. AND MARGARET M. AEBI and | * |
| KURT J. AEBI and MARGARET M. AEBI, Individually | * |
| Plaintiffs | * |
| v. | *   Case No. 01CV4147 JFM |
| SUNBEAM PRODUCTS, INC. | * |
| and | * |
| VALUE CITY DEPARTMENT STORES, INC. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE

It is hereby stipulated, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, that Defendant, **Value City Department Stores, Inc.**, hereby dismisses its cross-claim against Defendant, **Sunbeam Products Inc.**, without prejudice.

_____/S/_____          _____/S/_____
Arthur C. Crum, Jr., Esq.                       Timothy L. Mullin, Jr., #00082
129-13 West Patrick Street                      Lauren N. Schultz, #26503
Frederick, Maryland 21701                       Miles & Stockbridge P.C.
(301) 662-4088                                  10 Light Street, Suite 1400
                                                Baltimore, Maryland 21202
                                                (410) 727-6464

Attorney for Defendant                          Attorneys for Defendant,
and Cross-Claim Plaintiff,                      Sunbeam Products, Inc.
Value City Department Stores, Inc.

_____/S/_____
Stephen S. McCloskey, Esq.
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201


_____/S/_____
Matthew P. Darby, Esquire
Albertini, Singleton, Gendler & Darby, LLP
3201 North Charles Street
Suite 1A
Baltimore, Maryland 21218

Attorneys for Plaintiffs,
Kurt and Margaret Aebi


_____/S/_____
Mark Brown, Esquire
1 West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025

Attorneys for Plaintiff,
State Farm Fire & Casualty Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL OF CROSS-CLAIM**, which was electronically filed in this case on May 15, 2003, was mailed via first class mail, postage prepaid, this 15th day of May, 2003, to:

>Mark Brown, Esquire
>Mark Tilkin, Esquire
>1 West Pennsylvania Avenue
>Suite 500
>Towson, Maryland 21204-5025
>
>Stephen S. McCloskey, Esq.
>Greber & Simms
>Suite 702
>Twenty South Charles Street
>Baltimore, Maryland 21201
>
>Matthew P. Darby, Esq.
>Albertini, Singleton, Gendler & Darby, LLP
>3201 North Charles Street
>Suite 1A
>Baltimore, Maryland 21218
>
>Arthur C. Crum, Jr., Esq.
>129-13 West Patrick St.
>Frederick, Maryland 21701

_____/S/_____
Lauren N. Schultz, #26503