IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of | * |
| KURT J. AND MARGARET M. AEBI and | * |
| KURT J. AEBI and MARGARET M. AEBI, Individually | * |
| Plaintiffs | * |
| v. | *   Case No. 01CV4147 JFM |
| SUNBEAM PRODUCTS, INC. | * |
| and | * |
| VALUE CITY DEPARTMENT STORES, INC. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE TO STRIKE AND ENTER APPEARANCE ON BEHALF OF VALUE CITY DEPARTMENT STORES, INC.**

Please strike the appearance of Arthur C. Crum, Jr., and enter the appearance of Timothy L. Mullin, Jr. and Lauren N. Schultz, on behalf of Defendant, Value City Department Stores, Inc.

_____/S/_____         _____/S/_____
Arthur C. Crum, Jr., Esq.                Timothy L. Mullin, Jr., #00082
129-13 West Patrick Street               Lauren N. Schultz, #26503
Frederick, Maryland 21701                Miles & Stockbridge P.C.
(301) 662-4088                           10 Light Street, Suite 1400
                                         Baltimore, Maryland 21202
                                         (410) 727-6464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE TO ENTER AND STRIKE APPEARANCE**, which was electronically filed in this case on May 15, 2003, was mailed via first class mail, postage prepaid, this 15th day of May, 2003, to:

> Mark Brown, Esquire
> Mark Tilkin, Esquire
> 1 West Pennsylvania Avenue
> Suite 500
> Towson, Maryland 21204-5025
>
> Stephen S. McCloskey, Esq.
> Greber & Simms
> Suite 702
> Twenty South Charles Street
> Baltimore, Maryland 21201
>
> Matthew P. Darby, Esq.
> Albertini, Singleton, Gendler & Darby, LLP
> 3201 North Charles Street
> Suite 1A
> Baltimore, Maryland 21218
>
> Arthur C. Crum, Jr., Esq.
> 129-13 West Patrick St.
> Frederick, Maryland 21701

_____/S/_____
Lauren N. Schultz, #26503