# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 22, 2003

Memo To Counsel Re: Kurt Aebi v. Sunbeam Products, et al.
Civil No. JFM-01-4147

Kurt Aebi v. Sunbeam Products, et al.
Civil No. JFM-02-74

Dear Counsel:

A scheduling conference will be held at 8:30 a.m. on August 27, 2003. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge