UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 27, 2003

Memo To Counsel Re: Kurt Aebi v. Sunbeam Products, et al.
Civil No. JFM-01-4147

Kurt Aebi v. Sunbeam Products, et al.
Civil No. JFM-02-74

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| September 9, 2003 | Deadline for you to advise me whether you consent to a jury trial before a magistrate judge. Consent forms are attached |
| January 6, 2004 | Deadline for defendants' proposed voir dire questions and jury instructions |
| January 12, 2004 | Deadline for submission of pretrial order and for plaintiff's proposed substitutive or supplemental voir dire questions and jury instructions |
| January 13, 2004 4:30 p.m. | Pretrial conference |

This will also confirm that I will ask that the case be referred to one of the magistrate judges for the purpose of holding a mediation conference. I will ask that the magistrate judge not set the conference any earlier than two months from now in light of the fact that you are discussing settlement among yourselves and may be able to resolve the case without the necessity of a settlement conference.

Very truly yours,

/s/

J. Frederick Motz

United States District Judge