IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| [Plaintiff: ] | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.: [Case Number: ] |
| | * | |
| [Defendant: ] | | |
| Defendant | * | |

\*\*\*\*\*\*

**GENERAL CONSENT TO PROCEED**
**<u>BEFORE A UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____
Name of Party

_____
Signature of Party or Counsel

_____
Date