IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of | * |
| KURT J. AND MARGARET M. AEBI and | * |
| KURT J. AEBI and MARGARET M. AEBI, Individually | * |
| Plaintiffs | * |
| v. | *   Case No. 01CV4147 JFM |
| SUNBEAM PRODUCTS, INC. | * |
| and | * |
| VALUE CITY DEPARTMENT STORES, INC. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO STRIKE APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

     Please strike the appearance of Lauren N. Schultz, Esquire in this case for Defendant, Sunbeam Products, Inc. Timothy L. Mullin, Jr. will remain counsel of record for Sunbeam Products, Inc.

| | |
|---|---|
| <u>November 24, 2003</u> | _____/s/_____ |
| Date | Timothy L. Mullin, Jr., #00082 |
| | Lauren N. Schultz, #26503 |
| | Miles & Stockbridge P.C. |
| | 10 Light Street, Suite 700 |
| | Baltimore, Maryland 21202 |
| | (410) 727-6464 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of November, 2003, the Notice to Enter and Strike Appearance was electronically filed.

_____/s/_____
Lauren N. Schultz