IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br>as subrogee of KURT J. AEBI and MARGARET M. AEBI, Individually<br><br>    Plaintiffs<br><br>Vs.<br><br>SUNBEAM PRODUCTS<br>And<br>VALUE CITY DEPARTMENT STORES, INC.<br><br>    Defendants | *<br>*<br>*<br>*  CIVIL NO. JFM-02-74<br>*<br>*<br>*<br>* |

* * * * * * * * * * * *      * * * * * * * * * * * * *

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, State Farm Fire & Casualty Company, to its own use and to the use of and as subrogee of its insureds, Kurt J. and Margaret M. Aebi, and Defendants, Sunbeam Products and Value City Department Stores, Inc., by their respective attorneys, hereby stipulate to the dismissal of the above-referenced action WITH PREJUDICE as to State Farm Fire & Casualty Company's claim against Defendants, Sunbeam Products, Inc. and Value City Department Stores, Inc., only  This stipulation is the result of a compromise settlement between the parties which terminates the litigation against Defendants, Sunbeam Products, Inc. and Value City Department Stores, Inc.

_____/s/_____          _____/s/_____
MARK H. TILKIN                                JAMES OZOG
Attorney for Plaintiff, State Farm            Attorney for Defendant, Sunbeam
1 W. Pennsylvania Ave., Ste. 500              One North Franklin, Suite 1900
Towson, MD 21204                              Chicago, IL 60606
410-832-8056                                  312-855-1105

_____/s/_____
ARTHUR CRUM
Attorney for Defendant, Value City
129-13 West Patrick Street
Frederick, MD 21701
301-662-4088