IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of KURT J. AND MARGARET M. AEBI And KURT J. AEBI and MARGARET M. AEBI, Individually<br>           Plaintiffs<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.<br><br>and<br><br>VALUE CITY DEPARTMENT STORES, INC.<br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 01CV4147 JFM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE REGARDING THE CLAIMS AND LAWSUIT OF KURT J. AEBI AND MARGARET M. AEBI

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned claim brought by KURT AEBI, MARGARET AEBI AND STATE FARM FIRE AND CASUALTY COMPANY, Plaintiffs, against Defendants, SUNBEAM PRODUCTS, INC. AND VALUE CITY DEPARTMENT STORES, INC. is hereby dismissed, with prejudice, without costs to any party

_____
Matthew P. Darby
Albertini, Singleton, Gendler & Darby, LLP
3201 North Charles Street
Suite 1A
Baltimore, Maryland 21218
(410) 243-9400

Attorney for Plaintiffs,
Kurt and Margaret Aebi

_____
Timothy L. Mullin, Jr., #00082
Lauren N. Schultz, #26503
Miles & Stockbridge P.C.
10 Light Street, Suite 1400
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant,
Sunbeam Products, Inc.

_____ (/s/)
Stephen S. McCloskey
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795

Attorneys for Plaintiffs,
Kurt and Margaret Aebi

_____
Mark Brown, Esquire
Mark Tilkin, Esquire
1 West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025
(410) 832-8056

Attorneys for Plaintiff,
State Farm Fire & Casualty Insurance Company

_____
James Ozog
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312) 855-1105

Attorney for Defendant,
Sunbeam Products, Inc.

_____
Arthur C. Crum, Jr.
129 West Patrick Street, Suite 13
Second Floor
Frederick, MD 21701
301-662-4000

Attorney for Defendant,
Value City Department Stores, Inc.